05-CR-05868-ORD

Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR05-5868 |
| v. | |
| JESSICA M. ESTRADA, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Superseding Information against JESSICA M. ESTRADA, defendant.

DATED this 2nd day of March, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

GLEN E. TEMPLETON
Special Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this 14 day of March, 2006.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL
Page 1

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711